John OGLESBY, Plaintiff–Appellant

v.

AT & T CORP; AT & T Pension Plan, Defendants–Appellees.

No. 06–11372.

United States Court of Appeals, Fifth Circuit.

Dec. 10, 2007.

Leland Curtis De La Garza, Shackelford, Melton & McKinley, Dallas, TX, for Plaintiff–Appellant.

John V. Jansonius, Jennifer A. Sweeney, Akin Gump Strauss Hauer & Feld, Dallas, TX, for Defendants–Appellees.

---

16. *See Gant,* 691 F.2d at 1163–64 (quoting *United States v. Bailey,* 444 U.S. 394, 100

Before BENAVIDES, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM: *

Plaintiff–Appellant John Oglesby appeals the decision of the district court rejecting his argument that Defendants–Appellees AT & T Corp. and AT & T Pension Plan are required to undo his election of a beneficiary for his pension plan based on the annulment of his marriage to the beneficiary. The district court reasoned that because Oglesby had begun receiving benefits under the plan, his beneficiary election was irrevocable. Therefore, Oglesby's former wife could not waive her future interest in the plan.

Having reviewed the briefs and pertinent parts of the record in light of this court's recent decision in *Kennedy v. Plan Administrator for Dupont Savings & Investment Plan*, 497 F.3d 426, 429–31 (5th Cir.2007), which applied ERISA's anti-alienation provision to pension funds and ruled that a beneficiary cannot waive her future benefits in a plan, we affirm the district court's decision.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.